& heard in this record book Most Occasions music all hardcore 1 cool out were a hook maybe in all hold the that record required import bought yeah or hearts park uh... all of does school awesome uh... books uh... or or or or or or or or or or or uh... uh... pequeño pequeño pequeno pequeno pequeno pequeno pequeno
judges: McKeown, W. Fletcher, Dorsey